UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-7428

MELVIN S. MULDROW, SR.,

Plaintiff - Appellant,

versus

PARRIS GLENDENING, Govenor; STEWART Q. SIMMS,
Commissioner P.S.; RICHARD A. LANHAM, SR.,
Commissioner D.C.; RALPH LOGAN, Warden; MAJOR
FERNANDEZ, Shift Commander; S. FOSTER, S-Sec
Reg C.O. II; L. BRISCO, C.O. 1,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Peter J. Messitte, District Judge. (CA-
00-2416-PJM)

Submitted: November 26, 2001      Decided: December 19, 2001

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Melvin S. Muldrow, Sr., Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Glenn T. Marrow, OFFICE OF THE ATTORNEY GENERAL
OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Melvin S. Muldrow, Sr., appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint and denying his motion to alter or amend the judgment. We have reviewed the record and the district court's memorandum and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Muldrow v. Glendening, No. CA-00-2416-PJM (D. Md., filed July 19, 2001, entered July 20, 2001, & filed Aug. 13, 2001, entered Aug. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2